IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BONNIE BRAND**     **PLAINTIFF**

VS.     **CASE NO. 3:07CV0005 JMM**

**LIBERTY MUTUAL INSURANCE COMPANY, ET AL.**     **DEFENDANTS**

**ORDER**

The Motion for Admission *Pro Hac Vice* filed by Ann Hale-Smith and Andrew H. Stuart are granted (#9 and #10). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Ann Hale-Smith and Andrew H. Stuart is hereby permitted to appear and participate in this action as counsel for defendants.

IT IS SO ORDERED this __13__ day of March, 2007.

_____
James M. Moody
United States District Judge