IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BONNIE BRAND**                                                                                    **PLAINTIFF**

VS.                          **CASE NO. 3:07CV00005 JMM**

**LIBERTY MUTUAL INSURANCE COMPANY, ET AL.**              **DEFENDANTS**

### ORDER

Separate Defendant Liberty Mutual Insurance Company's Unopposed Motion for Leave to File Documents Under Seal is granted (#14). The Clerk of the Court is directed to file the administrative record under seal.

IT IS SO ORDERED THIS  13  day of   April , 2007.


_____
James M. Moody
United States District Court