IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BONNIE BRAND**                                                                                         **PLAINTIFF**

V.                                                   **3:07CV00005 JMM**

**LIBERTY MUTUAL INSURANCE
COMPANY; S-B POWER TOOL
CORPORATION; ROBERT BOSCH TOOL
CORPORATION as Successor in Interest
to S-B POWER TOOL CORPORATION;
and S-B POWER TOOL COMPANY LONG-
TERM DISABILITY PLAN**                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on September 20, 2007, Judgment is hereby entered in favor of the Defendants. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 20th day of September 2007.

_____
James M. Moody
United States District Judge